IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ISAAC ORELLANA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-2946-FB |
| | § | |
| BEXAR COUNTY, STACEY ORELLANA, LAUREL RIDGE TREATMENT CENTER, and JOHN DOE OFFICERS 1–10, | § | |
| | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 11) concerning the Application to Proceed in District Court without Prepaying Fees or Costs by *pro se* Plaintiff Isaac Orellana, filed in the above-captioned cause on September 30, 2026. To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 11) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 1) is DENIED. Plaintiff is DIRECTED to**, on or before December 3, 2026,** either pay the full (or at least a partial) filing fee and costs or face dismissal of his proposed Complaint for failure to prosecute or failure to comply with the orders of this Court. *See* Fed. R. Civ. P. 41(b). To the extent Plaintiff's financial circumstances change, he can reapply for IFP status.

It is so ORDERED.

SIGNED this 5th day of November, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE

.